STEPHANIE YONEKURA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8978
    Facsimile:  (415) 744-0134
    Email:  Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARY DE JESUS MORALES, | ) |
| | ) Case No. 2:12-cv-02189 E |
| Plaintiff, | ) |
| | ) |
| vs. | ) [~~PROPOSED~~] |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the Defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

1

1  The Court, having approved the parties' stipulation to reopen this case for
2  the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated: 11/18/14

HON. CHARLES F. EICK
United States Magistrate Judge

2